# 414

No. 63179.—Modern Food Products Co. et al. *v.* United States, protests 58/16143, etc. (San Francisco).

Opinion by Wilson, J.  In accordance with oral stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C.C.P.A. 128, C.A.D. 649), the claim at 5¾ percent under paragraph 718(b), as modified, *supra*, was sustained, except that the merchandise covered by protest 307783-K was held dutiable at 6¼ percent under said paragraph, as modified, *supra*.

Before the Third Division, June 18, 1959

No. 63180.—Coro, Inc., et al. *v.* United States, protests 58/14926, etc. (New York).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiffs was sustained.

No. 63181.—P. John Hanrahan, Inc. *v.* United States, protest 58/21542 (New York).

Opinion by Donlon, J.  In accordance with oral stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), except as to size, the claim of the plaintiff was sustained.